UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEHRIT TESHOME et al., <br><br> Plaintiff(s), <br><br> v. <br><br> CITY OF SEATTLE, <br><br> Defendant(s). | CASE NO. 2:25−cv−01226−MJP <br><br> MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Marsha J. Pechman, United States District Judge. All future documents filed in this case must bear the cause number 2:25−cv−01226−MJP and bear the Judge's name in the upper right hand corner of the document.

DATED July 9, 2025

                                                      Ravi Subramanian
                                                    Clerk of Court

                                                    By:  /s/ Gayle M Riekena
                                                            Deputy Clerk