Hon. Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MEHRIT TESHOME, ROCCO VOLKER, JAMES VERT, and 10.23 BUILD, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant. | No.   C25-1226 TSZ<br><br>JOINT STATUS REPORT |

As directed by the Court's Minute Order dated August 19, 2025, the parties submit this Joint Status Report:

The Ninth Circuit held oral argument in *Adams v. City of Seattle*, No. 24-6505 (W.D. Wash. No. C22-1767 TSZ), on September 17, 2025, and the case was submitted on that date. The Ninth Circuit has yet to issue a decision.

Respectfully submitted this October 31, 2025.

JOINT STATUS REPORT - 1
*Teshome v. City of Seattle*, No. C25-1226 TSZ

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

| | |
|---|---|
| INSTITUTE FOR JUSTICE<br><br>By:     s/*Suranjan M. Sen*, TN Bar No. 038830<br>Institute for Justice<br>901 North Glebe Road, Suite 900<br>Arlington, Virginia 22203<br>(703) 682-9320<br>ssen@ij.org<br><br>s/ *William R. Maurer*, WSBA No. 25451<br>Institute for Justice<br>600 University Street, Suite 2710<br>Seattle, Washington 98101<br>(206) 957-1300<br>wmaurer@ij.org<br><br>s/*Paul V. Avelar*, AZ Bar No. 023078<br>Institute for Justice<br>398 South Mill Avenue, Suite 301<br>Tempe, Arizona 85281<br>(480) 557-8300<br>pavelar@ij.org<br><br>*Attorneys for Plaintiffs Mehrit Teshome, Rocco Volker, James Vert, and 10.23 Build, LLC* | ANN DAVISON<br>Seattle City Attorney<br><br>By:    s/ *Roger D. Wynne*, WSBA #23399<br>         s/ *Jeffrey S. Weber*, WSBA #24496<br>         s/ *Rebecca Widen*, WSBA #57339<br>Seattle City Attorney's Office<br>701 Fifth Ave., Suite 2050<br>Seattle, WA 98104-7095<br>(206) 684-8200<br>roger.wynne@seattle.gov<br>jeff.weber@seattle.gov<br>rebecca.widen@seattle.gov<br><br>*Assistant City Attorneys for Defendant City of Seattle* |

JOINT STATUS REPORT - 2
*Teshome v. City of Seattle*, No. C25-1226 TSZ